UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JEROME W. KOBISHOP,

    Plaintiff,

v.                                                      Case No. 16-C-0037

MICHAEL G. PERRY et al.,

    Defendants.

**ORDER**

On February 22, 2016 Plaintiff incongruously filed one "motion" stating he will file an amended complaint within the 30 days allowed under the Court's previous order and another motion for a 120-day extension of time to file his amended complaint. Plaintiff's initial complaint was dismissed without prejudice, but the filing deadline matters to Plaintiff because he paid the full filing fee in this case. Plaintiff's motion for an extension will be granted-in-part. Plaintiff's amended complaint shall be due on or before March 31, 2016. No further extensions will be granted absent a showing of good cause. ECF No. 11 is thus granted-in-part; ECF No. 10 is terminated.

**SO ORDERED** this   24th   day of February, 2016.

                                                             s/ William C. Griesbach
                                                             William C. Griesbach, Chief Judge
                                                             United States District Court